IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| SEDRIC CATCHINGS et al.    ) | |
|     Plaintiffs,    ) | |
|     ) | |
| v.    ) | Civil Action No. 1:21-cv-428 |
|     ) | |
| CALVIN WILSON et al.    ) | |
|     Defendants.    ) | |

## ORDER

This matter came before the Court for a status conference on Friday, March 12, 2021. At the status conference, the parties discussed significant points of agreement between them. It is important to note that the parties' efforts to reach agreement have already borne substantial fruit and the Court compliments counsel for the parties and the parties for their good faith efforts in attempting to resolve the important issues that exist in this case. The parties and counsel are urged to continue this effort. The parties are directed to submit a formal statement setting forth the points of agreement, including specifically what defendant has agreed to do and the timeframe at both facilities, by Wednesday, March 17, 2021.

In additionally, to focus the Court on what areas of dispute remain, the parties are directed to submit a pleading or pleadings regarding their existing disagreements and the outstanding issues in this case by noon on Friday, March 19, 2021.

After the parties have submitted their pleadings regarding the outstanding issues in this case, the parties are directed to avail themselves of the services of Magistrate Judge Nachmanoff to see if the matters can be settled or resolved by agreement. The parties shall submit a pleading or pleadings regarding any problems with compliance with the March 17, 2021 agreement by April 14, 2021 and those matters will be heard at a status conference on Friday, April 16, 2021 at 1 p.m.

Given the nature of this case, it is appropriate to accelerate the hearing on the merits of this case and to consolidate the merits with the preliminary injunction hearing. *See* Rule 65, Fed. R. Civ. P. The consolidated merits/preliminary injunction hearing will take begin on June 2, 2021 at 10 a.m. and shall continue until completed through June 4, 2021.[1] Because of the accelerated schedule in this case and the progress that the parties have already made in addressing the issues between them, the motion for a temporary restraining order and the consent motion for extension of time to file a response to the motion for a temporary restraining order are denied as moot.

On February 22, 2021, plaintiffs filed a motion to certify this case as a class action. At this time, it is therefore appropriate to set a briefing schedule on that motion. Although plaintiff's have already submitted their motion, if plaintiffs wish to supplement their motion in light of the March 12, 2021 status conference, plaintiffs must do so by Wednesday, March 24, 2021 so that defendant's may have time to respond. Defendants must file a response to the motion to certify class by Friday, April 2, 2021. Plaintiffs may then file a reply in support of their motion by Friday, April 9, 2021. A hearing on the motion to certify class will be held on Friday, April 16, 2021 at 1:00 p.m.

Accordingly,

It is hereby **ORDERED** that the parties are **DIRECTED** to submit a copy of their formalized agreement on or before **Wednesday, March 17, 2021 by 5:00 p.m.** The parties are **DIRECTED** to submit any pleading or pleadings regarding any continuing outstanding disagreements on or before **noon on Friday, March 19, 2021.**

It is further **ORDERED** that the parties are **DIRECTED** to contact the chambers of

---

[1] A subsequent order, issued closer in time to the hearing on the preliminary injunction and the merits, will address the briefing schedule for the preliminary injunction and set a schedule for the submission of witness and exhibit lists.

2

Magistrate Judge Nachmanoff to arrange for a settlement conference in order to attempt to settle or mediate the resolution of any continuing disagreements.

It is further **ORDERED** that the parties are **DIRECTED** to file a pleading regarding any non-compliance with the matters already agreed to in the March 17, 2021 agreement by **Wednesday, April 14, 2021** and a status conference on those matters is **SCHEDULED** for **Friday, April 16, 2021 at 1:00 p.m.**

It is further **ORDERED** that trial on the merits of this case will be accelerated and consolidated with the preliminary injunction hearing. That accelerated trial on the merits and preliminary injunction hearing is **SCHEDULED** for **June 2, 2021 at 10:00 a.m.** and is expected to last through **June 4, 2021**. In light of this accelerated schedule and the parties' anticipated agreement on many issues, the motion for a temporary restraining order (Dkt. 18) and the consent motion for extension of time to file a response to the motion for a temporary restraining order (Dkt. 44) are **DENIED AS MOOT**.

It is further **ORDERED** that the parties shall abide by the following briefing schedule on the motion to certify class (Dkt. 19):

- Plaintiffs must file any supplement to the motion on or before **Wednesday, March 24, 2021**;

- Defendants must file their response to the motion on or before **Friday, April 2, 2021**;

- Plaintiffs must file any reply in support of their motion on or before **Friday, April 9, 2021**;

- A hearing on the motion is **SCHEDULED** for **Friday, April 16, 2021 at 1:00 p.m.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 15, 2021

/s/
T. S. Ellis, III
United States District Judge

3