IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| SEDRIC CATCHINGS *et al.*, <br> Plaintiffs, | * |
| | * |
| v. | Case No.: 1:21-cv-00428-TSE |
| | * |
| CALVIN WILSON *et al.*, <br> Defendants. | * |

**JOINT STATUS REPORT REGARDING
EXECUTED SETTLEMENT AGREEMENT**

After weeks of negotiation, a day-long settlement conference with Magistrate Judge Michael S. Nachmanoff on April 5, execution of a Memorandum of Understanding in anticipation of settlement on April 6, a follow-up phone mediation with Judge Nachmanoff on April 13, and an additional day of negotiation between the parties, the parties have reached a Settlement Agreement. This Agreement is attached hereto as <u>Exhibit A</u>, and the incorporated Terms Sheet is attached as <u>Exhibit B</u>. The Terms Sheet tracks the previously agreed upon Memorandum of Understanding between the parties that was endorsed by Judge Nachmanoff, with some clarifications and elaboration agreed to by the parties.

A few steps remain prior to the Plaintiffs filing a consent motion for dismissal, with a request that the Court retain jurisdiction for enforcement.

*First*, the parties will be concurrently filing a joint motion to vacate deadlines and hearings and to deny all pending motions as moot, with the exception of Plaintiffs' Motion to Seal (ECF No. 11), to which Defendants now consent, as well as a narrow issue raised in Plaintiffs' Motion to Compel (ECF No. 63).

*Second*, as to the Motion to Compel, the parties still require the assistance of Judge

Nachmanoff in resolving the terms of the confidentiality agreement that will govern the Settlement Agreement and incorporated Terms Sheet. This issue has been briefed in Plaintiffs' Motion to Compel (ECF No. 63-1 at p. 14) and in Defendants' Opposition thereto (ECF No. 69 at 5-6). The parties request that they be allowed to use the discovery hearing scheduled for tomorrow, April 16, to resolve this narrow issue.

*Third*, Plaintiffs will be filing a consent motion for class certification for settlement purposes only, per the Settlement Agreement. The parties have consented to Magistrate Judge Nachmanoff presiding over issues leading up to Plaintiff's consent motion for dismissal and defer to this Court as to which judicial actor will preside over this set of issues.

Dated: April 15, 2021                             Respectfully submitted,

/s/ Alec W. Farr
Alec W. Farr (Federal Bar No. 12513)
awfarr@bclplaw.com
Schwartz (admitted *pro hac vice*)
dcschwartz@bclplaw.com
Adam L. Shaw (Federal Bar No. 815187)
adam.shaw@bclplaw.com
Joscelyn T. Solomon (Federal Bar No. 21555)
joscelyn.solomon@bclplaw.com
Brett R. Orren (Federal Bar No. 21747)
brett.orren@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, NW
Washington, DC 20004
(202) 508-6000 Phone
(202) 508-6200 Facsimile

Tianna Mays (Bar No. 21597)
tmays@lawyerscommittee.org
Jon Greenbaum (admitted *pro hac vice*)
jgreenbaum@lawyerscommittee.org
Arthur Ago (admitted *pro hac vice*)
aago@lawyerscommittee.org
John Fowler (admitted *pro hac vice*)
jfowler@lawyerscommittee.org
[Signatures continue on next page.]

Rochelle F. Swartz (admitted *pro hac vice*)
rswartz@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW Suite 900
Washington, DC 20005
Phone 202-662-8600
Fax 202-783-0857

*Attorneys for Plaintiffs*

Brian E. Frosh
Attorney General of Maryland

Laura Mullally (Bar No. 28145)
Assistant Attorney General
Department of Public Safety and Correctional Services
300 East Joppa Road, Suite 1000
Towson, MD  21286
410-339-7562
laura.mullally@maryland.gov

Matthew W. Mellady (Bar No. 86179)
Assistant Attorney General
Department of Public Safety and Correctional Services
6852 4th Street
Sykesville, MD 21784
410-875-3603
matthew.mellady@maryland.gov

Ariel S. Lichterman (Federal Bar No. 20850)
Assistant Attorney General
Department of Public Safety and Correctional Services
300 East Joppa Road, Suite 1000
Towson, MD 21286
410-339-7584
ariel.lichterman@maryland.gov

*Attorneys for Defendants*