IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| SEDRIC CATCHINGS *et al.*, <br> Plaintiffs, | * <br> * |
| v. | Case No.: 1:21-cv-00428-TSE <br> * |
| CALVIN WILSON *et al.*, <br> Defendants. | * |

**ORDER**

This matter is before the Court on Plaintiffs' Consent Motion for Class Certification (the "Motion").

Upon consideration of the Motion and supporting memorandum and papers, it is hereby **ORDERED** that the Settlement Class is certified for settlement purposes only, pursuant to Federal Rule of Civil Procedure 23(b)(2), and is defined in accordance with the Settlement Agreement, Dkt. 70-1 ¶ A: "All current and future detainees/residents at the Chesapeake Detention Facility and all current and future detainees/residents transferred from CDF to the Health Monitoring Facility at the Jail Industries Building, from the Effective Date of the Settlement Agreement to the Termination Date of the Settlement Agreement." Named plaintiffs, defendants, and the members of the Settlement Class are bound by the Settlement Agreement which will be adopted by Order of this Court.

It is further **ORDERED** that Named Plaintiffs Sedric Catchings, Charles Couser, Collin Davis, Allen Lamin, Sirron Little, Taiwo Moultrie, and Joseph Speed are hereby appointed as class representatives of the Settlement Class.

It is further **ORDERED** that the attorneys of record from the Lawyers' Committee for

Civil Rights Under Law and the law firm of Bryan Cave Leighton Paisner LLP are hereby appointed as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

The Court further finds that neither notice nor a fairness determination are required, pursuant to Federal Rule of Civil Procedure 23(e), in light of the nature of relief embodied in, and other parameters of, the Settlement Agreement and incorporated Terms Sheet. Dkt. 70-1 to -2.

The Clerk is directed to a send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 23, 2021

_____
T.S. Ellis III
United States District Judge