IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| SEDRIC CATCHINGS *et al.*,<br>Plaintiffs, | \* |
| v. | \*<br>Case No.: 1:21-cv-00428-TSE |
| CALVIN WILSON *et al.*,<br>Defendants. | \*<br>\* |

## ORDER

This matter is before the Court on Plaintiffs' Consent Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 41(a)(2).

Upon consideration of the Motion and entire record, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, subject to the below provisions.

The Court **APPROVES** the Settlement Agreement and incorporated Terms Sheet (collectively, "the Agreement") (ECF No. 70-1 & 70-2), which is incorporated in this Order by reference. *See* Fed. R. Civ. P. 23(e), 41(a)(2). The Court has already certified the Settlement Class. (ECF No. 88.) The Court finds this Agreement, entered into on behalf of the Settlement Class and the Defendants, is an appropriate resolution of the case. The Court further finds no evidence of fraud or collusion.

In so finding, the Court **RETAINS** jurisdiction for enforcement of the provisions of the Agreement. In retaining jurisdiction, the Court accepts the parties' stipulation and agreement as to 18 U.S.C. § 3626(a)(1)(A) (*see* ECF No. 70-1 ¶ T), and makes all necessary findings to retain jurisdiction for enforcement of the provisions of the Agreement.

The Court **DISMISSES** the action without costs or fees to any party, except those related to potential enforcement, specific limits on which are set forth in the Agreement. (ECF No. 70-1 ¶ T.1.)

It is also appropriate at the conclusion of this matter to compliment counsel for both parties for their substantial and capable efforts to reach a sensible and just resolution of this case, thereby benefitting both the settlement class and defendants. In particular, it is important to record here that the sensible and just resolution of this case is owed chiefly to the exceptional and capable efforts of Magistrate Judge Michael S. Nachmanoff.

The clerk of the court is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 28, 2021

T.S. Ellis, III
United States District Judge